FILED ✓   LODGED ___
RECEIVED ___   COPY ___

OCT 17 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Sunset Morning-Star Manuel,<br><br>    Defendant. | CR-17-01384-PHX-SPL(BSB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 111(a)(1)<br>(Assault on a Federal Officer)<br>Count 1 |

THE GRAND JURY CHARGES:

On or about April 6, 2017, in the District of Arizona, the defendant, SUNSET MORNING-STAR MANUEL, did intentionally, knowingly, and recklessly forcibly assault, resist, oppose, impede, intimidate, and interfere with Gila River Police Department Officer C.S., a person designated under Title 18, United States Code, Section 1114 as a federal law enforcement officer at that time, while Officer C.S. was engaged in and on account of performance of official duties, and in doing so the defendant made physical contact with Officer C.S.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: October 17, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

_s/_
_____
CHRISTINE D. KELLER
Assistant U.S. Attorney